SAMUEL REYNOLDS *v.* Q. A. KEITH'S ADMR. ET AL.

Railroads—Written Proposition to Sell Lot to Railroad—Long Occupancy Without Objection—Parol Evidence.

    The circumstances established go to fortify the parol evidence that appellant made a written proposition to the railroad to sell the lot sued for which was accepted and paid for. The appellant permitted the railroad company to build its depot on the lot and use it for twelve years without objection: Held, that the judgment dismissing the petition was right.

APPEAL FROM KENTON CIRCUIT COURT.

October 11, 1869.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The circumstances established in this case go to fortify the parol evidence that appellant made a written proposition to the railroad company to sell the lot now sued for, which was accepted and the sale fully made, and that the company paid him for the lot, hence, he permitted the railroad company to build its depot on said lot and to use it some twelve or fifteen years before bringing this suit without complaint or demand for rent, and this, too, with his full knowledge, as he lived within about 200 yards of it during all this time, and was often at the depot and passed j⁺

almost daily; therefore, the judgment dismissing the petition absolutely was right, and is *affirmed.*

*Carlisle & O'Hara,* for appellant.

*Stevenson & Myers, Benton,* for appellee.